KENNETH M. SORENSON
United States Attorney
District of Hawaii

RANDOLPH J. ST. CLAIR
Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
e-mail: Randy.StClair@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF RANDOLPH J. ST. CLAIR TO PRACTICE BEFORE THE COURT | ) Case No.  MC 26-264 <br> ) <br> ) APPLICATION TO APPEAR ON <br> ) BEHALF OF THE UNITED STATES; <br> ) DECLARATION OF RANDOLPH J. <br> ) ST. CLAIR; ORDER <br> ) |

## APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to CrimLR 83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Randolph J. St. Clair, Assistant United States Attorney, notifies the Court of her intention to appear before this Court on behalf of the United States and to attend to the interests of the United States during the period of her employment by the United States and applies for leave to do so.

DATED: _____7/20/2026____, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By_____
RANDOLPH J. ST. CLAIR
Assistant U.S. Attorney
District of Hawaii

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE:  APPLICATION OF | ) | Case No.  MC 26-264 |
| RANDOLPH J. ST. CLAIR TO | ) | |
| PRACTICE BEFORE THE COURT | ) | DECLARATION OF |
| | ) | RANDOLPH J. ST. CLAIR |

### DECLARATION OF RANDOLF J. ST. CLAIR

1. I am an Assistant United States Attorney employed by the United States with the United States Attorney's Office for the District of Hawaii, Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member, in good standing, of the Washington State Bar. I am also an inactive member of the bar in the District of Columbia.

I declare, upon penalty of perjury, that the foregoing is true and correct.

DATED: _July 20th 2026_, at Honolulu, Hawaii.

RANDOLPH J. ST. CLAIR
Assistant U.S. Attorney
District of Hawaii