KENNETH M. SORENSON
United States Attorney
District of Hawaii

RANDOLPH J. ST. CLAIR
Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile:  (808) 541-2958
e-mail:  Randy.StClair@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF RANDOLPH J. ST. CLAIR TO PRACTICE BEFORE THE COURT | Case No.  MC 26-264  JAO-KJM <br><br> ORDER PERMITTING PRACTICE |

ORDER PERMITTING PRACTICE

The Court having considered the Application of Randolph J. St. Clair

to practice before the Court and the Declaration in support of said Application, and

it appearing that the requirements of LR83.1(c)(1) of the Local Rules of Practice

for the United States District Court for the District of Hawaii have been met,

It is hereby ordered that leave of Randolph J. St. Clair to appear and

practice before this Court on behalf of the United States and to attend to the

interests of the United States during the period of his employment by the United

States is granted.

DATED: _____July 20, 2026_____, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

IN RE:  APPLICATION OF RANDOLF J. ST. CLAIR TO PRACTICE BEFORE
THE COURT
MISC. NO.  26-264 JAO-KJM
ORDER

2